| | AUSA: | Diane Princ | Telephone: (313) 226-9100 |
|---|---|---|---|
| AO 91 (Rev. 11/11) Criminal Complaint | Special Agent: | David M. Alley | Telephone: (313) 226-0500 |

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Michigan

United States of America

v.

Deborah Louise Coatney

Case No.

Case: 2:26−mj−30435
Assigned To : Unassigned
Assign. Date : 7/17/2026
Description: RE: DEBORAH
LOUISE
COATNEY (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ July 1, through July 16, 2026 _____ in the county of _____ Wayne _____ in the _____ Eastern _____ District of _____ Mchigan _____, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(a)(2) | Attempted distribution of child pornography. |
| 18 U.S.C. §§ 2252A (a)(2) and 2252A(a)(5)(B) | Attempted receipt and possession of child pornography. |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

David Alley, Special Agent-HSI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

Date: _____ July 17, 2026 _____

City and state: _ Detroit, Michigan _

*Elizabeth A. Stafford*
_____
*Judge's signature*

United States Magistrate Judge Elizabeth A. Stafford
X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶X̶
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR AN ARREST WARRANT

I, David M Alley, being first duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with Homeland Security Investigations (HSI), of the United States Department of Homeland Security (DHS). I am assigned to the Special Agent in Charge (SAC), Office of Investigations (OI) with offices located at 477 Michigan Ave., Suite 1850, Detroit, Mich. I have been employed with HSI since March 2007. I have successfully completed the Criminal Investigator Training Program and the Immigration and Customs Enforcement Special Agent Training Program at the Federal Law Enforcement Training Center in Glynco, Ga. I have received bachelor's and master's degrees in criminal justice from Michigan State University. I have successfully completed the Basic Computer Evidence Recovery Training (BCERT) at FLETC, Advanced Computer Evidence Recovery Training (ACERT) at the HSI Cyber Crimes Center and the Cyber Crime Center Mobile and Cellular Device Data Extraction course. I possess an A+ certification and a GIAC Advanced Smartphone Forensics (GASF) certification. While employed by HSI, I have investigated federal criminal violations related to child exploitation and child pornography. I have gained experience through training and everyday work relating to conducting these types of investigations. I have received training in child pornography and child exploitation and have had the opportunity

1

to observe and review numerous examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media.

2. As it relates directly to this affidavit, in 18 U.S.C. § 2256 (C), child pornography is defined as "any visual depiction, including any . . . computer-generated image or picture, whether made or produced by electronic, mechanical, or other means, of sexually explicit conduct, where . . . such visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaging in sexually explicit conduct."

3. This affidavit is made in support of a criminal complaint and arrest warrant for Deborah Louise COATNEY (DOB XX/XX/1983) for violations of 18 U.S.C. § 2252A(a)(2) (attempted distribution of child pornography) and 18 U.S.C. §§ 2252A(a)(2) and 2252A(a)(5)(B) (attempted receipt and possession of child pornography).

4. This affidavit is based on my personal knowledge, experience and training as well as on information obtained by me through investigative observations and conversations with other HSI agents and agents from other law enforcement agencies. This affidavit does not set forth every fact resulting from this investigation; rather, it contains a summary of the investigation to date for the limited purpose of

2

establishing probable cause to obtain an arrest warrant for Deborah Louise COATNEY.

## **PROBABLE CAUSE**

5. HSI Detroit is currently conducting undercover chats on the mobile messaging application KIK in furtherance of child exploitation investigations. An HSI Special Agent, acting in an undercover capacity, was portraying himself as the father of an eight-year-old girl. The UCA was in numerous groups that appeared to discuss the sexual abuse of children. On July 6, 2026, the UCA was added to a particular Kik group related to open marriages and the sharing of private images ("Kik group"), by a Kik user known to HSI. The profile picture for this group was a topless adult female and a topless post-pubescent female of an unknown age.

6. That same day, the UCA observed Kik user Debdeb[xxx] (vanity name One [xxxxx]) send multiple images to the group of adult women and what appeared to be post-pubescent, teenage females in various states of dress, including nude. In particular, Kik user Debdeb[xxx]first sent an image in this group that depicted a nude female standing next to two clothed females of an unknown age and a clothed child. Kik user Debdeb[xxx] next posted an image of a topless female and an image of a nude female wearing a collar and leash standing between two clothed females.

3

7.     The UCA then observed Kik user Debdeb[xxx] send a nude image of a post-pubescent female with her hair in pigtails in a public setting (hereafter minor victim 1 or MV-1, an actual minor whose identity is known to me based on my entire investigation to date, and who is known to COATNEY).[1] This image depicts MV-1's face in sufficient detail that the UCA could later compare against other images of MV-1 to determine that it appears to depict MV-1. The image also shows what appears to be MV-1's bare breasts and vagina.  Kik user Debdeb[xxx] later posted an image of the MV-1 in a cheerleading uniform with a specific Detroit-metro-area school's name written across the front.

8.     On July 7, 2026, Kik user Debdeb[xxx] posted additional sexually explicit images and videos, then sent a nude image of MV-1 in a bedroom. Once again, this image depicted enough of MV-1's face so that the UCA could later compare it against other images of MV-1 from social media, and it showed what appears to be her bare breasts and vagina.

9.     That same day, Kik user Debdeb[xxx] sent two images that depicted MV-1 nude in a public setting, displaying what appears to be her bare breasts and vagina. Kik user Debdeb[xxx] later sent an image of MV-1 nude outdoors that looks like the same image described above of MV-1 in her cheerleading outfit, but with her clothing removed and what appears to be her bare breasts and vagina

---

[1] As explained below, COATNEY was later identified as the Kik user Debdeb[xxx].

visible. Kik user Debdeb[xxx] then sent an image of MV-1 topless standing in front of a stage with a drum on it, and an image of MV-1 topless in a vehicle with an adult female. Later in this group chat, Kik user Debdeb[xxx] sent the same image of MV-1 in a cheerleading pose, topless in front of a stage and topless with an adult female. Kik user Debdeb[xxx]also sent the previously sent images of MV-1 nude in a public setting and nude in a bedroom.

10.     On July 7, 2026, the UCA contacted Kik user Debdeb[xxx] and engaged in the following conversation:

UCA: Mmmm who's that cutie you're posting

UCA: Heyb

Debdeb[xxx]:  Hi

UCA: Who's that cutie you're posting in group *devil emoji*

Debdeb[xxx]: [MV-1]

UCA: Mmmm so cutie

UCA: How old

[…]

Debdeb[xxx]: 14

UCA: *hot face emoji* *hot face emoji* *devil emoji*

UCA: How'd you get AI to do that

5

11.     The account of the UCA was banned by Kik at some point following this conversation and the rest of the conversation between the UCA and Kik user Debdeb[xxx] was not captured.

12.     On July 7, 2026, I sent HSI summons HSI-DT-2026-071302-001 to Kik for subscriber information for Kik users encountered during this investigation, to include Kik user Debdeb[xxx]. Kik responded with the following information:

> Date: July 9, 2026
>
> First Name: One
>
> Last Name: [XXXXX]
>
> Email: coatneydeborah@[email provider].com (unconfirmed)
>
> Username: Debdeb[xxx]

13.     Kik also provided IP information associated with Kik account Debdeb[xxx]. I observed IP address 24.192.171.51 thousands of times between June 6, 2026 and July 8, 2026. This IP address was found to resolve to Wide Open West. On July 13, 2026, I sent HSI-DT-2026-073003-001 summons to Wide Open West requesting subscriber information for the following:

2026/07/06 03:48:54 UTC "ip":"24.192.171.51", "port":"40658"

14.     Wide Open West responded that same date with the following information:

> Account 2345136-02

[COATNEY's spouse]

2XXX4 COLLINGWOOD ST

ROSEVILLE, MI 48066

15.    On July 13, 2026, the same HSI UC reached out to Kik user

Debdeb[xxx] with a different undercover account. They engaged in the following

conversation:

UCA: Hey I got banned *laughing emoji*

Debdeb[xxx]: Ohh

UCA: remind me your asl? I remember you but not what we

were talking about lol

[…]

Debdeb[xxx]: 43f Mich

July 14, 2026

UCA: Hey you around

Debdeb[xxx]: Hello

UCA: You never wrote back didn't want to bug you haha

Debdeb[xxx]: Sorry got busy after work

UCA: No worries

UCA: Whatcha up to

Debdeb[xxx]: Nothing. Really

7

UCA: Home alone?

[…]

UCA: Are you really f? It's ok if you're not

Debdeb[xxx]: I am a female

UCA: Can I ask what you look like? Sorry lotta fakes

Debdeb[xxx]: *sends a selfie style image of an adult female's face. The image has the word "camera" underneath it which may indicate a live image.*

UCA: Haha ok I believe you

UCA: [asks where MV-1 lives]

Debdeb[xxx]: [responds where MV-1 lives]

UCA: How long have you been showing her off? She know?

Debdeb[xxx]: Not to long. And no she doesn't

UCA: Can I ask her name? Or that too much I don't wanna be rude

Debdeb[xxx]: maybe later ill give it to you

UCA: Ok like I said don't want to be rude

UCA: So how do you make the pics

UCA: Sorry don't mean to ask too personal questions

8

Debdeb[xxx]: They are actually ai. The guy that does the room is obsessed with [MV-1]. Don't say anything

UCA: *shushing emoji* I won't!

UCA: So does he make them for you

Debdeb[xxx]: I was talking to him for a while and started talking off the app. And he found my fb and became obsessed with [MV-1]

UCA: Ooooh so what happened then

Debdeb[xxx]: He sent me her Pic and I was like wtf. At first and then I liked them

UCA: *devil face emoji* *devil face emoji* *devil face emoji* hehehe

UCA: You ever take real stuff of her? Or just so

UCA: Just ai

Debdeb[xxx]: Just AI

UCA: Hehehe how many has he made

Debdeb[xxx]: A few.

UCA: Sorry don't mean to as too many questions! *devil face emoji* *hot face emoji*

Debdeb[xxx]: Its fine

9

UCA: So what all are you into

UCA: Sorry, are you busy

Debdeb[xxx]: Tbh Im open to things. But im really not into incest […]. I was offeded to joing a father and son 3some and they do thing with each other

UCA: I gotcha

UCA: What ages you normally into

Debdeb[xxx]: For me 18 and up. But I don't judge anyone. So if you like young its cool

UCA: Ok I gotcha cool

Debdeb[xxx]: Yep

UCA: Have guys sent you young before

Debdeb[xxx]: Young guys dm me all the time

UCA: Youngest you've chatted with?

Debdeb[xxx]: 19

16.    On July 13, 2026, the UCA also searched for and joined the Kik group and found that Kik user Debdeb[xxx] was a member of this group. On this same date the UCA observed a Kik user (hereafter User A[2]) post a nude image of MV-1 with her hands crossed across what appears to be her bare breasts and her bare

---

[2] This user's full username is known to me.

10

vagina visible. On July 14, 2026, User A posted an image of MV-1 in which she appeared to be nude in a vehicle with a seatbelt across her body. Her breasts appear to be visible but her vagina is not. On this same date, User A posted two additional nude images of MV-1 in which her face and breasts appear to be visible but her vagina is not and one previously observed nude image of MV-1 in which her vagina appears to be visible.

17.     On this same date, Kik user Debdeb[xxx] posted two previously observed nude images of MV-1 in which her breasts and vagina are visible and a close up image of MV-1 topless next to a topless adult female. User A responded to this image by stating "look at the lovely [describes the relationship between Debdeb[xxx] and MV-1], and Kik user Debdeb[xxx] stated, "Love watching her suck cock" and "We are sharing some guys also."

18.     I reviewed a social media account associated with "Debbie Coatney," who lists Roseville, Michigan as one of her locations. I found images of a minor female child who appears to be the same child depicted in the nude images observed by the UCA, i.e., MV-1. I also observed a post from June 19, 2025 stating "and just like that, we have a [abbreviation for a Middle School that is known to me] cheerleader. [Child's name] made the […] team. Go [mascot for the school listed above].

11

19.     I have reviewed Deborah COATNEY's current State of Michigan Driver's License photo, and it is consistent with the selfie image that Kik user Debdeb[xxx] sent to the UCA.

20.     Based on this and other information obtained during the course of this investigation, I applied for and obtained a federal search warrant for COATNEY's residence, located at 2XXX4 Collingwood St, Roseville, MI. On July 16, 2026, I, along with other HSI Special Agents, executed this search warrant. During the execution of this search warrant, Agents encountered COATNEY, who consented to an interview. COATNEY made the following post-*Miranda* statements:

a.  COATNEY stated that her phone was a Samsung S21 and provided the lock pattern. COATNEY provided coatneydeborah@[email provider].com as one of her email accounts. COATNEY admitted to using the application Kik and stated that her Kik username was "deb deb something". COATNEY was later shown an image of the profile for Debdeb[xxx], vanity name "One[xxxxx][3]" and stated that that was her account. COATNEY later provided the password for this Kik account along with consent to search it.

b.  COATNEY was shown a picture of the group icon for the Kik group and asked if the group was familiar to her. She agreed that it was and

---

[3] This vanity name is known to me.

stated that the group "sends photos and stuff." When asked what kind of photos, COATNEY stated "naughty ones." When asked if she had a sense of what she was being asked, COATNEY stated "photos of young children." When told that there was one young child in specific, COATNEY stated "I know" and [described her relationship with MV-1].

c. COATNEY provided MV-1's name and stated that there were "photos of her, AI-ed." She next stated "his name is [COATNEY provides the name of User A] and provided the city she believes he resides in. COATNEY stated that "he does all the AI." COATNEY stated she met User A on Kik a couple months ago and that she allowed him to go on her Facebook and that he took images of MV-1 from there and he "did AI." COATNEY stated that she had "never done it" and "I know its wrong."  When asked to elaborate on what AI this user did, COATNEY stated "Made them into naked."

d. COATNEY stated that she initially told User A to stop making these images and later told him that "it was wrong" and it was "horrible" and "I can't do this anymore." COATNEY stated that User A told her to post photos of MV-1, and she initially stated that she could not. COATNEY agreed that both she and User A were posting

13

images of MV-1 in the Kik group and stated that User A had sent her nude images of MV-1 via text message.

e. COATNEY was shown the clothed image of MV-1 in her cheerleading outfit that was shared by Kik user Debdeb[xxx] and confirmed her identify and their relationship. COATNEY provided this child's age in the image as 12. When asked if this was the youngest image that User A made a nude image of, COATNEY stated that it was the youngest image that he showed her. COATNEY stated that the images were always "just nude."

f. COATNEY estimated that she had been sending images of MV-1 for a couple of weeks. COATNEY stated that MV-1 was unaware that these images exist.

g. COATNEY again stated that this was "gross" and "wrong." When asked what she would call a person who distributes naked images of someone under 18, COATNEY stated "a pedophile." When asked where she thought that put her, COATNEY stated "in that category." COATNEY denied a sexual interest in children.

21. In a second interview with an HSI Special Agent, COATNEY made the following post-*Miranda* statements:

14

a. COATNEY stated that someone she was talking told her that he wanted her to "expose [MV-1] and to get the reaction of other guys "into younger kids." COATNEY admitted to distributing these images "in that chat room" and that this other user did as well. COATNEY stated "I know what I did was absolutely wrong."

b. COATNEY stated that she posted these images in two different groups and estimated that there were 100 people in each group. COATNEY agreed that she was trying to impress the person who told her to post these images.

c. When asked what should happen to persons who commit sexual offenses against children, COATNEY stated "jail."

22. During a preview of electronics discovered in the home, an HSI Computer Forensic Analyst observed a Samsung Galaxy S21 named "Deborah's S21" with the Kik application installed. Kik user Debdeb[xxx] was logged in on this device.

## CONCLUSION

23. I respectfully submit that there is probable cause to believe that Deborah Louise COATNEY (DOB XX/XX/1983) has committed violations of 18 U.S.C. § 2252A(a)(2) (attempted distribution of child pornography) and 18 U.S.C.

15

§§ 2252A(a)(2) and 2252A(a)(5)(B) (attempted receipt and possession of child pornography).

24.     I request that the Court authorize the issuance of a criminal complaint and arrest warrant for Deborah Louise COATNEY.

Respectfully submitted,

Special Agent David Alley
Homeland Security Investigations

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Hon. David R. Grand   Elizabeth A. Stafford
United States Magistrate Judge

Date:  July 17, 2026

16